No. 93–6749. WHITE v. SMITH, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 93–6751. DEBARDELEBEN v. MATTHEWS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–6753. BENSON v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 93–6754. WILFORD v. SLUSHER ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6756. DUARTE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6757. GARZA-JUAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6758. KILES v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 93–6759. GARGALLO v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. (two cases). Sup. Ct. Ohio. Certiorari denied.

No. 93–6760. KESEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6761. GLADNEY v. GILLESS ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–6763. FORTNER v. SNOW. C. A. 11th Cir. Certiorari denied.

No. 93–6765. KURYLCZYK v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 93–6766. KING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6767. IBARRA-ALEJANDRO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.